Cv 01-1984 RHK/RLE

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

NOTICE OF ASSIGNMENT
OF CASES FOR TRIAL
BEFORE JUDGE KYLE

The following civil cases are deemed ready for trial before Judge Richard H. Kyle as of **March 1, 2003. Cases venued in the Third Division will be tried in St. Paul, Fifth Division in Duluth, and Sixth Division in Fergus Falls.** The cases are listed in the order in which they will be tried, but cases may be called randomly from the list if necessary. **UNDER THE SPEEDY TRIAL ACT, THE TRIALS OF CRIMINAL CASES MAY BE REQUIRED TO TAKE PRECEDENCE OVER THE TRIALS OF CIVIL CASES.**

Any motion for a continuance must be scheduled for a hearing before Judge Kyle.

Questions regarding the calendar may be directed to Deborah Siebrecht, Calendar Clerk for Judge Kyle, 316 North Robert Street, St. Paul, Minnesota 55101 (651) 848-1166.

DATED: October 3, 2002.

OCT 0 9 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

| | | |
|---|---|---|
| 1. | **Kaci Jo Miller**<br>**et al** | **Mark Hallberg**<br>**612-335-3500** |
| | **vs CV 01-1973 RHK/AJB**<br>**JURY** | |
| | **Craig L. Belcourt, M.D.**<br>**et al** | **John Bland**<br>**Cecilie Loidolt**<br>**612-338-0661** |
| 2. | **United Healthcare Insurance Company**<br>**et al** | **David Potter**<br>**Bret Puls**<br>**612-607-7000**<br>**Anthony Herman**<br>**202-662-6000**<br>**Michael Lyle**<br>**202-682-7000**<br>**Mark Briol**<br>**William Carpenter**<br>**612-337-8410** |
| | **vs CV 01-2320 RHK/AJB**<br>**JURY** | |
| | **Advancepcs** | **Scott Knudson**<br>**651-223-6600**<br>**Lewis Remele**<br>**612-333-3000**<br>**Mary Hackett**<br>**Christopher Soller**<br>**412-288-3131** |

| | | |
|---|---|---|
| **3.** | **James Newago**<br><br><br><br>**vs CV 02-231 RHK/AJB**<br>**JURY**<br><br><br>**Inland Paperboard and Packaging Inc., sued as Inland Paperboard** | **Michael Lander**<br>**612-339-1453**<br>**Mark Greeman**<br>**612-388-7260**<br><br><br><br><br>**Frank Vogl**<br>**612-339-7121** |
| **4.** | **Brenda Strohschein**<br><br>**vs CV 01-1984 RHK/RLE**<br>**JURY**<br>**FERGUS FALLS**<br><br>**Physician Engineered Products Inc.**<br>**et al** | **Kathryn Engdahl**<br>**952-591-9444**<br><br><br><br><br>**Donald Mark**<br>**952-995-9500** |
| **5.** | **Deer River Development Inc.**<br>**et al**<br>**vs CV 02-282 RHK/RLE**<br>**JURY**<br>**DULUTH**<br><br>**Cincinnati Insurance Companies** | **Mark Knutson**<br>**218-727-8451**<br><br><br><br><br>**Douglas Archibald**<br>**612-573-3000** |

| | | |
|---|---|---|
| 6. | **EZ Dock Inc.** | **Daniel Maertens**<br>**Lora Mitchell**<br>**612-492-7000**<br>**Michael Kovac**<br>**McPherson Moore**<br>**314-872-8118** |
| | **vs CV 98-2364 RHK/AJB**<br>**JURY** | |
| | **Schafer Systems Inc.** | **Douglas Williams**<br>**J Derek Vandenburgh**<br>**612-332-5300**<br><br>**G Brian Pingel**<br>**Michael Dee**<br>**515-225-3737** |