UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
SIXTH DIVISION

Brenda Strohschein,

Plaintiff,

v.

Physician Engineered Products, Inc., and George McAdams,

Defendants.

File No.: 01-CV-1984 (RHK/RLE)

**STIPULATION AND ORDER FOR DIMISSAL WITH PREJUDICE**

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

The parties having reached a settlement, it is hereby stipulated and agreed by and between all of the parties hereto through their respective counsel that the above-entitled action and all claims asserted against both defendants and that could have been asserted herein have been settled, and thus may be and the same hereby are, dismissed with prejudice and on the merits, but without further cost to any of the parties hereto.

It is further stipulated and agreed that any party, without notice to the others, may cause judgment of dismissal with prejudice and on the merits to be entered herein.

Dated: 10/21/02

FAFINSKI MARK & JOHNSON, P.A.

By: [signature]
Kerry L. Middleton (#26622X)
6600 City West Parkway, Suite 300
Eden Prairie, MN 55344
(952) 995-9500
***Attorneys for Defendants***

OCT 23 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD OCT 23 2002
DEPUTY CLERK

METCALF, KASPARI, HOWARD, ENGDAHL & LAZARUS, P.A.

Dated: 10/10/02

By: Kathryn M. Engdahl
Kathryn M. Engdahl (#163995)
333 Parkdale Plaza, 1660 S. Highway 100
Minneapolis, MN 55416-1531
(952) 591-9444
***Attorneys for Plaintiff***

**ORDER FOR DISMISSAL WITH PREJUDICE**

Based upon the above Stipulation for Dismissal With Prejudice entered into and filed by the parties, and all of the files, records and proceedings in herein,

**IT IS HEREBY ORDERED** that the above-entitled action is hereby dismissed with prejudice and on the merits without costs to any of the parties hereto.

***LET JUDGMENT BE ENTERED ACCORDINGLY.***

Dated: 10/23/02

United States District Judge