# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Brenda Strohscheim

Plaintiff

v.

Physician Engineered Products, Inc.
and George McAdams

Defendants

Case No. Civil 01-1984 RHK/RLE

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the action is hereby dismissed with prejudice and on the merits without costs to any of the parties hereto.

DATE: October 23, 2002

RICHARD D. SLETTEN, CLERK

______________________________
Victoria Moralez, Deputy Clerk